DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242
Fax: 888-802-2440
daniel@malakauskas.com

Attorney for PLAINTIFF:

CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **NASR AHMED ALESHMALI**, as an individual and doing business as "Jimmy's Market", **TIMOTHY J. SPENCER**, as an individual and as trustee for The Spencer Family 2015 Revocable Trust, **LISA M. SPENCER,** as an individual and as trustee for The Spencer Family 2015 Revocable Trust, **THE SPENCER FAMILY 2015 REVOCABLE TRUST**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **Case No.:   2:17-cv-2084-WBS-EFB** <br><br> **REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [~~PROPOSED~~] ORDER GRANTING THEREOF** <br><br> **DATE: November 12th, 2018** <br> **Time: 1:30 p.m.** <br> **Courtroom: 5** <br><br> **Judge: Hon. William B. Shubb** |

**PLEASE TAKE NOTICE**, on October 10<sup>th,</sup> 2017, this Court, by the Order of the

Honorable William B. Shubb, scheduled the Rule 26 Status Conference for February

**REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**

12th, 2018, at 1:30 p.m., in Courtroom 5, of the Robert T. Matsui United States Courthouse, located at 501 I Street, in Sacramento, California. Daniel Malakauskas, attorney for Plaintiff, Cynthia Hopson, now humbly makes a request that this Court continue the Rule 26 Conference to March 12th, 2018, to allow Plaintiff to effectuate service.

Date: February 2nd, 2018.

/s/ Daniel Malakauskas
By: DANIEL MALAKAUSKAS
Attorney for PLAINTIFF
CYNTHIA HOPSON

## ORDER

**IT IS HEREBY ORDERED**, that the status conference is continued from February 12th, 2018, at 1:30 p.m. until March 12th, 2018, at 1:30 p.m. A Joint Status Report shall be filed no later than February 26, 2018.

Dated: February 5, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**