DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242
Fax: 888-802-2440
daniel@malakauskas.com

Attorney for PLAINTIFF:

CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **NASR AHMED ALESHMALI**, as an individual and doing business as "Jimmy's Market", **TIMOTHY J. SPENCER**, as an individual and as trustee for The Spencer Family 2015 Revocable Trust, **LISA M. SPENCER,** as an individual and as trustee for The Spencer Family 2015 Revocable Trust, **THE SPENCER FAMILY 2015 REVOCABLE TRUST**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **Case No.: 2:17-cv-2084-WBS-EFB** <br><br> **REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF** <br><br> **DATE: March 12th, 2018** <br> **Time: 1:30 p.m.** <br> **Courtroom: 5** <br><br> **Judge: Hon. William B. Shubb** |

**PLEASE TAKE NOTICE**, on February 5<sup>th,</sup> 2017, this Court, by the Order of the Honorable William B. Shubb, scheduled the Rule 26 Status Conference for March

**REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**

12th, 2018, at 1:30 p.m., in Courtroom 5, of the Robert T. Matsui United States Courthouse, located at 501 I Street, in Sacramento, California. Daniel Malakauskas, attorney for Plaintiff, Cynthia Hopson, now humbly makes a request that this Court continue the Rule 26 Conference an additional thirty (30) days to allow Plaintiff to effectuate service.

Initially, Plaintiff's Attorney hired the process server company, Modesto Legal Support Services, to serve defendants: Nasr Ahmed Aleshmali; Timothy Spencer; Lisa Spencer; and the Spencer Family 2015 revocable trust.

Modesto Legal Support Services failed to provide Plaintiff's Attorney with any proof of services or status reports after he placed the order with them.

On February 6th, 2018, Plaintiff's Attorney emailed Modesto Legal Support Services inquiring as to the status of the service. At, or, around the same time, Plaintiff's Attorney called Modesto Legal Support Services. Plaintiff's Attorney was told that he would receive a call back from the appropriate employee but never received a call back.

On February 14th, 2018, Plaintiff's Attorney emailed Modesto Legal Support Services again inquiring as to the status of service.

When Plaintiff's Attorney did not receive a response, he called Modesto Legal Support Services sometime thereafter. While on the phone with Modesto Legal Support Services, Plaintiff's Attorney got into an argument with who he assumes was

**REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**

a manager. The manager informed Plaintiff's Attorney that they had never received any order from Plaintiff's Attorney and that any lack of service was the fault of Plaintiff's Attorney.

After the phone call, Plaintiff's Attorney promptly hired the process server company, Valpro Attorney Services, to serve the Defendants. Valpro Attorney Services is currently serving defendants.

A week and half after the phone call resulting in an argument with Modesto Legal Support Services, Plaintiff's Attorney received a letter from Modesto Legal Support Services. The letter contained a declaration of non-service and diligence.

The declaration stated that Modesto Legal Support Services had tried to serve defendants, Timothy Spencer, Lisa Spencer, and the Spencer Family 2015 revocable trust at 4220 Gabriel Way, in Modesto, California on the dates: January 12th, 13th, 16th, 17th, 19th, 20th, and 21st, 2018. However, all attempts were unsuccessful. In addition, despite Plaintiff's Attorney's clear instructions, the process server company did not attempt to serve Nasr Ahmed Aleshmali.

While Plaintiff's Attorney was attempting to ensure that all defendants were served with process, Plaintiff's Attorney received a letter from Attorney Bart W. Barringer around February 15th, 2018 (Although the letter was dated February 8th, 2018). Attorney Bart W. Barringer informed Plaintiff's Attorney that he represented defendants, Timothy Spencer and Lisa Spencer. Attorney Bart W. Barringer informed

**REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**

Plaintiff's Attorney that his clients had removed the barriers from the property and that the property was fully compliant.

Plaintiff's Attorney contacted Bart W. Barringer to discuss having a full site inspection to determine the condition of the property and ensure the barriers were removed. The parties agreed to allow Plaintiff's Attorney to have his expert conduct a full site inspection on March 4th, 2018 at 10:00 a.m.

For these reasons, Plaintiff's Attorney humbly asks the court for an additional thirty (30) days to enact service. Valpro Attorney Services is currently in the process of effectuating service.

Date: February 27th, 2018.　　　　　　　　/s/ Daniel Malakauskas_____
　　　　　　　　　　　　　　　　　　　　By: DANIEL MALAKAUSKAS
　　　　　　　　　　　　　　　　　　　　Attorney for PLAINTIFF
　　　　　　　　　　　　　　　　　　　　CYNTHIA HOPSON

## ORDER

**IT IS HEREBY ORDERED**, that the status conference is continued from March 12th, 2018, at 1:30 p.m. until May 21, 2018 at 1:30 p.m. A Joint Status Report shall be filed by May 7, 2018.

Dated:  February 27, 2018　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE