UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>NASR AHMED ALESHMALI, as an individual and doing business as "Jimmy's Market"; TIMOTHY J. SPENCER, as an individual and as trustee for The Spencer Family 2015 Revocable Trust; LISA M. SPENCER, as an individual and as trustee for the Spencer Family 2015 Revocable Trust; THE SPENCER FAMILY 2015 REVOCABLE TRUST; and DOES 1-10, inclusive<br><br>        Defendants. | CIV. NO. 2:17-2084 WBS EFB<br><br>ORDER REFERRING CASE TO VDRP AND STAYING PROCEEDINGS |

----oo0oo----

        The court has determined that this case is appropriate for an early settlement conference and will refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

        IT IS THEREFORE ORDERED that:

        1.    Within fourteen (14) days of this Order, the

1 | parties shall contact the court's VDRP administrator, Sujean
 2 | Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the
 3 | process of selecting an appropriate neutral.  The parties shall
 4 | carefully review and comply with Local Rule 271, which outlines
 5 | the specifications and requirements of the VDRP.
 6 |             2.   Any party that objects to this referral to the
 7 | VDRP shall file its objections within seven (7) days of this
 8 | Order.  Such objections shall clearly outline why that party
 9 | believes that the action is not appropriate for referral to the
10 | VDRP.
11 |             3.   To avoid the unnecessary expenditure of costs and
12 | attorneys' fees, this action is hereby stayed to provide the
13 | parties time to complete the VDRP session.  No later than five
14 | (5) days after completion of the VDRP session, the parties shall
15 | file a joint statement indicating whether a settlement was
16 | reached.
17 |             4.   The parties shall complete the VDRP session no
18 | later than July 23, 2018.  The court hereby resets the Status
19 | (Pretrial Scheduling) Conference for August 27, 2018.  If a
20 | settlement is not reached through VDRP, the parties shall submit
21 | an Amended Joint Status Report no later than August 13, 2018.
22 |             IT IS SO ORDERED.
23 | Dated:  May 17, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE