DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

CATHERINE M. CORFEE, SBN 155064
Corfee Stone & Associates, APC
P.O. Box 1098
Carmichael, CA 95609
Telephone: 916-487-5441-
Facsimile: 916-487-5440

Attorney for DEFENDANTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>PLAINTIFF,<br><br>v.<br><br>**NASR AHMED ALESHMALI**, as an individual and doing business as "Jimmy's Market", **TIMOTHY J. SPENCER**, as an individual and as trustee for The Spencer Family 2015 Revocable Trust, **LISA M. SPENCER,** as an individual and as trustee for The Spencer Family 2015 Revocable Trust, **THE SPENCER FAMILY 2015 REVOCABLE TRUST**, and DOES 1-10, inclusive,<br><br>DEFENDANT. | Case No.: **2:17-cv-2084-WBS-EFB**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

## ORDER

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: July 30, 2018

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE